No. 637. UNDERWRITERS AT LLOYD'S, LONDON, ET AL. *v.* RAND. C. A. 2d Cir. Certiorari denied. *Frank A. Bull* and *Joseph P. Sullivan* for petitioners. *Leo T. Kissam* for respondent.

No. 642. WESTERN CONFERENCE OF TEAMSTERS *v.* DAIRY DISTRIBUTORS, INC. C. A. 10th Cir. Certiorari denied. *Clarence M. Beck* and *Herbert S. Thatcher* for petitioner. *Rex J. Hanson* and *Arthur A. Allen, Jr.* for respondent.

No. 644. CASEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Albert A. Goldfarb* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 645. KEMMEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 646. GALLEGOS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 647. GULLO *v.* GULLO. Circuit Court of Fairfax County, Virginia. Certiorari denied. *Joseph Samuel Gullo* for petitioner. *Bruce E. Lambert* for respondent.

No. 658. IN RE ESTATE OF OVERMYER. Court of Appeals of Ohio, Lucas County. Certiorari denied. *John W. Kitchen* for petitioner.